**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PETPIVOT INC.,

                Plaintiff,

v.                                    Case No.:

Shenzhen Yingqi Environmental Art Co., Ltd.
D/B/A FumoiShop and Zhi Yang

                Defendant.       /

---

## PLAINTIFF, PETPIVOT INC.'S, DESIGNATION OF LEAD COUNSEL

Plaintiff, PetPivot Inc. ("*PetPivot*"), by and through its undersigned counsel, and in accordance with the Local Rule 2.02(a), hereby designates Luca L. Hickman, Esq., of Dinsmore & Shohl LLP, as lead counsel in this case.

Dated: May 24, 2026              Respectfully submitted,

                                  */s/ Luca L. Hickman*
                                  Luca L. Hickman, Esq.
                                  Florida Bar No. 118731
                                  Mario Martinez, Esq.
                                  Florida Bar No. 1033018

                                  **DINSMORE & SHOHL LLP**
                                  201 North Franklin St., Suite 3050
                                  Tampa, Florida 33602
                                  Phone: (813) 543-9835
                                  Primary: Luca.Hickman@Dinsmore.com

                                  *Counsel for PetPivot Inc.*