UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETPIVOT INC.,

     Plaintiff,

v.                                                      Case No: 8:26-cv-01554-MSS-T_W

SHENZHEN YINGQI
ENVIRONMENTAL ART CO., LTD.
d/b/a FUMOISHOP and ZHI YANG,

     Defendants.

---

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction (the "Motion"). (Dkt. 10) Through the Motion, Plaintiff requests the Court enter an order "enjoining Defendants from making, using, importing, advertising, marketing, distributing, offering for sale, selling, or otherwise trafficking in the Accused Product within the United States[.]" (Dkt. 10 at 11) Upon consideration of the Motion, the filings, and being otherwise fully advised, the Court orders that the Motion is **DENIED WITHOUT PREJUDICE.**

Plaintiff's Motion is procedurally defective. Middle District of Florida Local Rule 6.01(a) provides that a motion for a temporary restraining order "must include: . . . a proposed order." L.R. 6.01(a)(6), Local Rules of the Middle District of Florida. Plaintiff's Motion does not comply with Local Rule 6.01(a) because there is no

proposed order. Moreover, Local Rule 6.01(a)(4) provides that a temporary restraining order "must include: . . . a precise and verified explanation of the amount and form of the required security." L.R. 6.01(a)(4), Local Rules of the Middle District of Florida. The Motion does not comply with Local Rule 6.01(a)(4) because the Motion does not address a security to be posted if the Motion is granted. These procedural defects warrant denial of the requested extraordinary relief.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction, (Dkt. 10), is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of July 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party

2